**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00971-REB-PAC

MELINDA K. CARNEY,

      Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,

      Defendant.

---

MINUTE ORDER[1]

---

      Plaintiff's *Unopposed* Motion for Leave to File Response Brief to Defendant's Motion to Exclude Expert Testimony in Excess of Page Limits [#55], filed September 11, 2006, is GRANTED, and the **Plaintiff's Response in Opposition to "Defendant's Motion to Exclude Expert Testimony of Karen Duffala" [No. 49]**, is accepted for filing.

Dated: September 12, 2006

-----------------------------------------------------------------------------------------------------------------------

---

    [1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.